UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| AKIRA ISHIYAMA, | Case No. 2:16-cv-00222-APG-PAL |
| Plaintiffs, | ORDER |
| v. | |
| SAMEUL M. GLINES, | |
| Defendant. | |

This matter is before the court on the Plaintiff and Defendant Glines' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The complaint in this matter was filed in state court and removed (Dkt. #1) February 4, 2016. Defendant Samuel M. Glines filed a Motion to Dismiss (Dkt. #8) February 11, 2016. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff and Defendant Glines have failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Glines shall file their certificate of interested parties, which fully complies with LR 7.1-1 **no later than March 10, 2016.** Failure to

/ / /

/ / /

/ / /

1

comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 25th day of February, 2016.

*[signature]*
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE