1

2

3

4

5

6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7   AKIRA ASHIYAMA,

8                                    Plaintiff,

9         v.

10  SAMUEL M. GLINES, et al.,

11                                  Defendants.

Case No. 2:16-cv-00222-APG-PAL

ORDER

(Emg Mot Serve – Dkt. #16)

12        This matter is before the court on Plaintiff's Emergency Motion to Enlarge Time for

13  Service on Defendant Jerrold Krystoff (Dkt. #16).  A review of the record reflects that Plaintiff

14  applied for and received an enlargement of time for service on Defendant Jerrold Krystoff the

15  day before this case was removed, although the order was not included as an attachment with the

16  removal papers.  It appears that the removing defendant may not have received a copy of the

17  order before the petition for removal was filed.  For good cause shown,

18        **IT IS ORDERED** that Plaintiff's Emergency Motion to Enlarge Time for Service on

19  Defendant Jerrold Krystoff (Dkt. #16) is **GRANTED** and Plaintiff shall have until **June 16,**

20  **2016**, to serve and file proof of service on Defendant Jerrold Krystoff.

21        DATED this 15th day of March. 2016.

22

23

24                                    PEGGY A. LEEN

25                                    UNITED STATES MAGISTRATE JUDGE

26

27

28

1