# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AKIRA ISHIYAMA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAMUEL M. GLINES and JERROLD KRYSTOFF,<br><br>　　　　Defendants. | Case No. 2:16-cv-00222-APG-PAL<br><br>**ORDER** |

　　IT IS ORDERED that the parties shall file a status report regarding settlement on or before September 28, 2016.

　　DATED this 22nd day of September, 2016.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE