UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AKIRA ISHIYAMA,<br><br>        Plaintiff,<br><br>    v.<br><br>SAMUEL M. GLINES, an individual; JERROLD KRYSTOFF, an individual; DOES 1 through XX; ROE BUSINESS ENTITIES 1 through XX, inclusive,<br><br>        Defendant. | CASE NO. 2:16-CV-07725-AB-AS<br>Hon. Andre Birotte, Jr.<br><br>**JUDGMENT** |

The court has ordered that the plaintiff AKIRA ISHIYAMA recover from the defendant JERROLD KRYSTOFF the amount of Two Hundred Seven Thousand Five Hundred Seventy-two Dollars and Sixty Cents ($207,572.60), which includes prejudgment interest at the rate of 12.00%.

This action was decided by the Honorable Andre Birotte Jr. on a motion for summary judgment.

Dated: __August 22, 2018_____

By: _____
The Honorable Hon. Andre Birotte Jr.
Judge of the United States District Court